OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

**Glenn GROGAN, Respondent.**

**No. 887 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2003.

O R D E R

PER CURIAM:

AND NOW, this 22nd day of December, 2003, there having been filed with this Court by Glenn Grogan his verified Statement of Resignation dated December 3, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Glenn Grogan be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Samuel MYCHAK, Jr., Respondent.**

**No. 889, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 29, 2003.

ORDER

PER CURIAM.

AND NOW, this 29th day of December, 2003, there having been filed with this Court by Samuel Mychak, Jr., his verified Statement of Resignation dated November 7, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Samuel Mychak, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.